REGALADO MIRANDA, demandante y apelado, *v.* DALILA PADRÓ, demandada y apelante.

Núm. 9273.—*Sometido:* Abril 24, 1946. *Resuelto:* Mayo 20, 1946.

*Francisco Colón Gordiany,* abogado de la apelante; *Henri G. Molina,* abogado del apelado.

EL JUEZ PRESIDENTE SEÑOR TRAVIESO emitió la opinión del tribunal.

En la demanda radicada el 17 de noviembre de 1944 se alega que el demandante contrajo matrimonio con la demandada el 5 de noviembre de 1941; que al día siguiente, 6 de noviembre de 1941, se separó de la demandada; y que desde esa fecha "jamás ha vuelto a vivir con ella habiendo existido desde dicha fecha y sin interrupción una separación completa de ambos cónyuges". La demandada contestó negando que la separación entre ella y su esposo haya sido ininterrumpida y alegando en contrario que ellos siguieron "continuamente en íntimas relaciones y sosteniendo intimidades propias de esposos".

La demandada apela de la sentencia declarando con lugar la demanda y disuelto el vínculo matrimonial. Alega en apoyo de su recurso que la corte sentenciadora erró al apreciar la prueba.

■■ La evidencia ofrecida por el demandante, a la cual dió crédito la corte inferior, es suficiente para establecer el hecho esencial de la demanda o sea la separación de los cónyuges por un período no interrumpido de más de tres años. La ofrecida por la demandada, tendiente a sostener su alegación de que la separación había sido interrumpida, no le mereció crédito al Juez sentenciador. Era a éste a quien incumbía resolver el conflicto resultante de la evidencia, y lo resolvió haciendo constar expresamente en su relación del caso y opinión que desde el 31 de marzo de 1941 hasta la fecha de la radicación de la demanda el demandante y la demandada no tuvieron relaciones conyugales.

■ Probado a satisfacción del juzgador que los cónyuges han vivido separados por más de tres años, la corte *a quo* estaba obligada a decretar el divorcio. Artículo 96, inciso 9 del Código Civil, enmendado por la Ley núm. 62 de 1942 ((1) pág. 583). *Pérez Valdivieso* v. *León,* 52 D.P.R. 512; *Núñez* v. *López,* 62 D.P.R. 567.

*La sentencia debe ser confirmada.*